SMITHKLINE BEECHAM CORPORA-
TION, Beecham Group, P.L.C., and
Smithkline Beecham, P.L.C., Plain-
tiffs–Appellees,

v.

ZENITH GOLDLINE PHARMACEUTI-
CALS, INC., Defendant–Appellee,

and

Sumika Fine Chemicals Co.,
Ltd., Defendant,

v.

Apotex Corp., Apotex, Inc., and
Torpharm, Inc., Movants–
Appellants.

Nos. 03–1142, 03–1143, 03–1144.

United States Court of Appeals,
Federal Circuit.

Aug. 6, 2003.

Virginia MCCANN, Petitioner,

v.

DEPARTMENT OF THE
ARMY, Respondent.

No. 02–3378.

United States Court of Appeals,
Federal Circuit.

Aug. 6, 2003.

Before LOURIE, CLEVENGER, and
PROST, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and con-
sidered, it is ORDERED and AD-
JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Before MICHEL, BRYSON and DYK,
Circuit Judges.

Judgment

PER CURIAM.

*This CAUSE having been heard and con-
sidered, it is ORDERED and AD-
JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.